UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

September 22, 2022

## LETTER ORDER

Re:   **Schumacher v. Betta, et al.**
      **Civil Action No. 21-16162 (MAS)**

Dear Messrs. Schumacher and Betta:

Pending before the Court is a dispute concerning the sufficiency of Respondents' responses to the subpoenas at issue. Discovery related matters, such as this, are committed to the Court's broad discretion. *See United States v. Washington*, 869 F.3d 193, 220 (3d Cir. 2017) (noting that "[a]s we have often said, matters of docket control and discovery are committed to [the] broad discretion of the district court"); *Halsey v. Pfeiffer*, Civil Action No. 09-1138, 2010 WL 3735702, at *1 (D.N.J. Sept. 17, 2010) (noting that "[d]istrict courts provide magistrate judges with particularly broad discretion in resolving discovery disputes"); *Gerald Chamles Corp. v. Oki Data Americas*, *Inc.*, 247 F.R.D. 453, 454 (D.N.J. 2007) (stating that it is "well-settled that Magistrate Judges have broad discretion to manage their docket and to decide discovery issues[.]")

Petitioner is dissatisfied with Respondents' responses, believing that they contradict evidence of heavy bank activity post 2016, when Respondents claim the business closed. As such, Petitioner objects to the responses, essentially arguing that Respondents are clearly lying. The Court, however, has reviewed Respondents' responses and finds that Respondents have satisfied their obligations with respect

to responding to the subpoena.  As a result, the Court shall not require anything further from them.  **The Clerk of the Court is therefore directed to close this case**.

**IT IS SO ORDERED.**

                                            s/ Tonianne J. Bongiovanni
                                          **TONIANNE J. BONGIOVANNI**
                                          **United States Magistrate Judge**